```
1  PATRICK L. FORTE, #80050
   CORRINE BIELEJESKI, #244599         The following constitutes
2  LAW OFFICES OF PATRICK L. FORTE     the order of the court. Signed March 16, 2011
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354           _____
                                              Roger L. Efremsky
5  Attorneys for Debtors                     U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-40198 RE |
| **CRISPIN JOHN PADAGAS, JR. and MICHELLE LYNN PADAGAS,** | Chapter 13 |
| Debtors. | **ORDER VALUING LIEN OF CHASE HOME FINANCE, LLC** |

On February 22, 2011, Crispin and Michelle Padagas (hereinafter Debtors) served a motion to value the lien of Chase Home Finance, LLC (hereinafter Lienholder) against the property commonly known as 2266 Palm Avenue, Livermore, CA 94550, which lien was recorded in Alameda County on or about May 31, 2007 as document 2007205044 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

        (3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

        (4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

        (5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

```
 1                              COURT SERVICE LIST

 2

 3
     Law Offices of Patrick L. Forte
 4   One Kaiser Plaza, Suite 480
     Oakland, CA 94612
 5
     Crispin & Michelle Padagas
 6   2266 Palm Avenue
     Livermore, CA 94550
 7
     Attn: Officer
 8   JP Morgan Chase Bank, NA
     1111 Polaris Parkway
 9   Columbus, OH 43240

10
     Attn: Officer
11   JP Morgan Chase Bank, NA
     C/o CT Corporation System
12   818 West Seventh St.
     Los Angeles, CA 90017
13
     Attn: Officer or Managing Agent
14   Chase Home Finance, LLC
     194 Wood Ave. S
15   Iselin, NJ 08830

16
     Attn: Officer or Managing Agent
17   Chase Home Finance, LLC
     C/o CT Corporation System
18   818 West Seventh St.
     Los Angeles, CA 90017
19
     Attn: Officer or Managing Agent
20   Chase Home Finance, LLC
     C/o Alvarado & Associates, LLP
21   1 Mac Arthur Place, Suite 210
     Santa Ana, CA 92707
22

23   Attn: Officer or Managing Agent
     Chase Home Finance, LLC
24   Bankruptcy Department
     Payment Department OH-733
25   3415 Vision Drive
     Columbus, OH 43219
26
```

| | |
|---|---|
| 1 | Attn: Ramesh Singh |
| 2 | GE Money Bank<br>C/o Recovery Management Systems Corp. |
| 3 | 25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |